IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TORRES and MELCHOR TORRES, individually and as Adminstrators of the Estate of EVERARDO TORRES, and as guardians ad litem for the brother of the Deceased, RAMON TORRES (a minor through his guardians ad litem, MARIA and MELCHOR TORRES) and MELCHOR TORRES, JR., <br><br>Plaintiffs, <br>v. <br><br>CITY OF MADERA, MARCY NORIEGA, individually and as a member of the Madera Police Department, and DOES 1 through 50, inclusive, <br><br>Defendants. <br>_____ <br>AND RELATED CONSOLIDATED CASE <br>_____ | CIV F F 02-6385 AWI LJO <br><br>Consolidated with CV F 03-5999 <br><br>ORDER TAKING MATTERS UNDER SUBMISSION |

Taser International's motions for summary judgment are pending in this action and are set for hearing on Monday, April 25, 2005. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

1    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 25,
2  2005, is VACATED, and the parties shall not appear at that time.  As of April 25, 2005, the
3  Court will take the matters under submission and will thereafter issue its decision.
4  IT IS SO ORDERED.

5  **Dated:    April 20, 2005**                               **/s/ Anthony W. Ishii**
   0m8i78                                                     UNITED STATES DISTRICT JUDGE

daw                                                2