IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TORRES and MELCHOR TORRES, individually and as Administrators of the Estate of EVERARDO TORRES,<br><br>　　　　Plaintiffs,<br>　v.<br><br>CITY OF MADERA, MARCY NORIEGA, individually and as a member of the Madera Police Department, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | CV F 02-6385 AWI LJO<br><br>CONSOLIDATED WITH CV F 03-5999<br><br><br>ORDER VACATING JUNE 20, 2005 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　Plaintiffs' motion for certification pursuant to Rule 54(b) has been set for hearing in this case on June 20, 2005.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 20, 2005, is VACATED, and the parties shall not appear at that time.  As of June 20, 2005, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:　June 14, 2005**　　　　　　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE