1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20
21
22
23

| | |
|---|---|
| MARIA TORRES and MELCHOR TORRES, individually and as Adminstrators of the Estate of EVERARDO TORRES, and as guardians ad litem for the brother of the Deceased,  RAMON TORRES (a minor through his guardians ad litem, MARIA and MELCHOR TORRES) and MELCHOR TORRES, JR.,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>CITY OF MADERA, MARCY NORIEGA, individually and as a member of the Madera Police Department, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants.<br>_____<br><br>AND RELATED CONSOLIDATED CASE<br>_____ | CIV F F 02-6385 AWI LJO<br><br>Consolidated with CV F 03-5999<br><br>ORDER TAKING TASER'S 28 U.S.C. § 1927 MOTION FOR SANCTIONS UNDER SUBMISSION |

24
25
26
27
28

　　　Taser International's motion for sanctions under 28 U.S.C. § 1927 is pending in this action and is set for hearing on Monday, February 13, 2006.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local

1  Rule 78-230(h).

2      Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 13, 2006, is VACATED, and the parties shall not appear at that time.  As of February 13, 2006, the Court will take the matters under submission and will thereafter issue its decision.

6  IT IS SO ORDERED.

7  **Dated:  February 9, 2006**          **/s/ Anthony W. Ishii**
0m8i78         UNITED STATES DISTRICT JUDGE