CAMERON A. STEWART
A Professional Corporation
11825 Goshen Avenue
Suite 6
Los Angeles, California 90049
(310) 820.9754



**FILED**

APR 1 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TORRES and MELCHOR TORRES, individually and as Administrators of the Estate of EVERARDO TORRES <br> Plaintiff(s) <br> v. <br> CITY OF MADERA; MARCY NORIEGA, individually and as a member of the Madera Police Department; and DOES 1 through 50, inclusiv <br> Defendant(s) | CASE NUMBER: <br> CIV-F-02-6385AWI (LJO <br><br> **SUBSTITUTION OF ATTORNEY** |

Maria Torres and Melchor Torres    [x] Plaintiff  [ ] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes  Cameron A. Stewart _____ who is

[x] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   11825 Goshen Avenue, #6,
*Street Address*

Los Angeles, CA  90049        310.820.9754    310.826.8335    140300
*City, State, Zip Code*         *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of  The Cochran Firm
*Present Attorney*

Dated: March 25, 2006
*Signature of Party*
Melchor Torres

---

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: March 30, 2006
*Signature of Present Attorney*
Cameron A. Stewart

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: March 30, 2006
*Signature of New Attorney*
Cameron A. Stewart

---

Substitution of Attorney is hereby  [x] Approved.  [ ] Denied.

Dated:  4-10-06

United States District Judge / Magistrate Judge

---

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                                                          G01