IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TORRES and MELCHOR TORRES, individually and as Adminstrators of the Estate of EVERARDO TORRES, and as guardians ad litem for the brother of the Deceased, RAMON TORRES (a minor through his guardians ad litem, MARIA and MELCHOR TORRES) and MELCHOR TORRES, JR., <br><br> Plaintiffs, <br> v. <br><br> CITY OF MADERA, MARCY NORIEGA, individually and as a member of the Madera Police Department, and DOES 1 through 50, inclusive, <br><br> Defendants. <br><br> AND RELATED CONSOLIDATED CASE | 1:02-CV-6385 AWI GSA <br><br> Consolidated with CV F 03-5999 <br><br> JUDGMENT IN FAVOR OF TASER INTERNATIONAL, INC. |

    The motion for summary judgment of Taser International on the complaint of plaintiffs City of Madera and Marcy Noriega was granted by this Court on July 12, 2005. See Court's Docket Doc. No. 132. The Ninth Circuit subsequently affirmed the order on the motion for

summary judgment, and mandate was on the Ninth Circuit opinion was entered on May 27, 2008. See Court's Docket Doc. Nos. 177, 178.

     Accordingly, IT IS HEREBY ORDERED that:

1. On the complaint of the City of Madera and Marcy Noriega, the Clerk shall enter judgment IN FAVOR of Taser International and AGAINST the City of Madera and Marcy Noriega; and

2. Taser International may seek to recover costs against the City of Madera and Marcy Noriega to the extent permitted by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

**Dated:   June 11, 2008**        **/s/ Anthony W. Ishii**
                                              UNITED STATES DISTRICT JUDGE