THOMAS A. BRILL - 125356
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| MARIA TORRES and MELCHOR TORRES, individually and as Administrators of the Estate of EVERARDO TORRES,<br><br>    Plaintiffs,<br>vs.<br><br>CITY OF MADERA, MARY NORIEGA, indivdually and as a member of the Madera Police Department; and DOES 1 through 50,<br>    Defendants. | CASE NO.:  CIV-F-02-6385AWI (LJO)<br><br>ORDER ON STIPULATION FOR CONTINUANCE OF BRIEFING SCHEDULE AND HEARING DATE FOR SUMMARY JUDGMENT |

   The parties having stipulated thereto, and the court having read the accompanying Declaration of Thomas A. Brill in Support Thereof, and good cause appearing, it is hereby ordered that the Opposition to the Summary Judgment presently scheduled to be due on February 20, 2009, shall be due on March 20, 2009, the Reply brief previously due on March 13, 2009 will be due on April 10, 2009 and the hearing on the Motion for Summary Judgment will take place on May 11, 2009.

   IT IS SO ORDERED.

   Dated:   **February 20, 2009**              /s/ Anthony W. Ishii
                                                                    CHIEF UNITED STATES DISTRICT JUDGE