1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT FOR THE

7                         EASTERN DISTRICT OF CALIFORNIA

8

9    MARIA TORRES, and MELCHOR            )    NO. 1:02-CV-6385 AWI
     TORRES, individually and as          )
10   Administrator of the Estate of       )    ORDER VACATING
     EVERARDO TORRES,                     )    MAY 11, 2009 HEARING DATE
11                                         )    AND TAKING MATTER
                    Plaintiffs,            )    UNDER SUBMISSION
12                                         )
            v.                             )
13                                         )
     CITY OF MADERA, MARCY                 )
14   NORIEGA, individually and as a        )
     member of the Madera Police           )
15   Department, and DOES 1 through        )
     50, inclusive,                        )
16                                         )
                    Defendants.            )
17   _____)

18

19          Defendants' motion for summary adjudication of issues has been set for hearing in this

20   case on May 11, 2009.  The court has reviewed the papers  and has determined that this matter is

21   suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY

22   ORDERED that the previously set hearing date of May 11, 2009, is VACATED, and the parties

23   shall not appear at that time.  As of May 11, 2009, the court will take the matter under

24   submission, and will thereafter issue its decision.

25

26   IT IS SO ORDERED.

27   Dated:   May 6, 2009                        /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE
28