1   Bruce D. Praet, SBN 119430
    FERGUSON, PRAET & SHERMAN
2   A Professional Corporation
    1631 East 18th Street
3   Santa Ana, California  92705
    (714) 953-5300
4   FAX (714) 953-1143
    Bpraet@aol.com
5

6   Attorneys for Madera Defendants

7

8                   UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  MARIA TORRES and MELCHOR TORRES,    )   Case No. CIV-F-02-6385AWI(LJO)
    individually and as Administrators of the Estate  )
12  of EVERARDO TORRES                  )   **ORDER RE**
                                        )   **STIPULATION CONTINUING**
13               Plaintiffs,            )   **TRIAL DATE**
                                        )
14        vs.                           )
                                        )
15  CITY OF MADERA, MARCY NORIEGA,      )
    individually and as a member of the Madera  )
16  Police Department, and DOES 1 through 50,  )
    inclusive.                          )
17                                      )
                 Defendants.            )
18                                      )
                                        )
19                                      )
                                        )
20  _____  )

21

22

23        Trial in the above matter is continued to May 25, 2010, at 8:30 a.m. and the Pre-

24  Trial Conference is continued to April 15, 2010, at 8:30 a.m.

25

26  IT IS SO ORDERED.

27  **Dated:   June 9, 2009**          _____/s/ Anthony W. Ishii_____
                                        CHIEF UNITED STATES DISTRICT JUDGE

28