UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

**MARIA – TORRES, ET AL.,**
    Plaintiff

v.                                            **CASE NO. 1:02–CV–06385–AWI–GSA**

**CITY OF MADERA, ET AL.,**
    Defendant

---

    You are hereby notified that a Notice of Appeal was filed on **July 24, 2009** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

July 29, 2009

                               **VICTORIA C. MINOR**
                               **CLERK OF COURT**

                    **by:**  /s/  S. Martin

                          Deputy Clerk