1

2

3

4

5

6

7               **IN THE UNITED STATES DISTRICT COURT FOR THE**

8                        **EASTERN DISTRICT OF CALIFORNIA**

9

10   **MARIA TORRES and MELCHOR**      )     **1: 02-CV-6385 AWI GSA**
     **TORRES, individually and as**   )
     **Administrators of the Estate of**  )   **ORDER VACATING NOVEMBER 9,**
11   **EVERARDO TORRES,**              )     **2009 HEARING**
                                       )
12                      **Plaintiffs**, )
              **v.**                   )
13                                     )
     **CITY OF MADERA, et al.,,**      )
14                                     )
                     **Defendants.**   )
15   _____ )

16

17        Plaintiffs have noticed for hearing and decision a request for certification pursuant to

18   Rule 54(b).  The matter was scheduled for hearing to be held on November 9, 2009.  Defendants

19   have not filed an opposition to Plaintiffs' motion. The court has reviewed Plaintiffs' motion and

20   the applicable law, and has determined that the motion is suitable for decision without oral

21   argument.  See  Local Rule 78-230(h).

22        Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November

23   9, 2009, is VACATED, and no party shall appear at that time.  As of November 9, 2009, the

24   court will take the matter under submission, and will thereafter issue its decision.

25   IT IS SO ORDERED.

26   **Dated:     November 5, 2009**           _____/s/ Anthony W. Ishii_____
                                               CHIEF UNITED STATES DISTRICT JUDGE
27

28