UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 11 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARIA TORRES and MELCHOR TORRES, individually and as Administrators of the Estate of Everardo Torres,<br><br>            Plaintiffs - Appellants,<br><br>  v.<br><br>CITY OF MADERA; et al.,<br><br>            Defendants - Appellees. | No. 09-16573<br><br>D.C. No. 1:02-cv-06385-AWI-GSA<br>Eastern District of California, Fresno<br><br><br>ORDER |

Before: B. FLETCHER, SILER[*] and HAWKINS, Senior Circuit Judges

The panel retains jurisdiction over this appeal.

---

[*] The Honorable Eugene E. Siler, Jr., Senior United States Circuit Judge for the Sixth Circuit, sitting by designation.