**Law Offices of Young & Nichols**
A Partnership Composed of Professional Corporations

1901 Truxtun Avenue
P.O. Box 2347 • Bakersfield, CA 93303
Telephone 661-861-7911 • Facsimile 661-861-7932

THOMAS A. BRILL, ESQ., SBN 125356
Attorneys for Plaintiffs



FILED

JUN 1 8 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| MARIA TORRES and MELCHOR TORRES, individually and as Administrators of the Estate of EVERARDO TORRES,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MADERA, MARY NORIEGA, indivdually and as a member of the Madera Police Department; and DOES 1 through 50,<br><br>Defendants. | CASE NO.: CIV-F-02-6385AWI (LJO)<br><br>**STIPULATION TO CONTINUE PRETRIAL CONFERENCE**<br><br>**CURRENT DATE: AUGUST 1, 2013** |

IT IS HEREBY STIPULATED, by and between the parties herein, through their respective counsel of record, that the Pretrial Conference scheduled for August 1, 2013 be continued for a short time for the following reasons:

1. Counsel for Plaintiff, Thomas A. Brill, of the law offices of Young & Nichols, is taking the Hawaii State Bar Examination on July 30 and July 31, 2013. He will be unable to attend the Pretrial Conference currently scheduled for August 1, 2013 at 8:30 a.m. in Courtroom 2 of this Court.

2. Thomas A. Brill is the trial attorney for Plaintiffs who will be trying this case, and is the only attorney at Young & Nichols with any familiarity with the case.

3. Mr. Brill originally scheduled to take the Hawaii State Bar in February, 2013, but due to an issue with documentation, he was unable to take the exam in February. The bar examiners did, however, hold the application open for the July Bar exam and allowed Mr. Brill to take the examination in July once the issue had been resolved.

4. Mr. Brill has expended substantial time and money in preparing for the bar examination, including enrolling in a BARBRI course at a cost of over $2,000, and has expended at least 60 hours a week studying since late May, 2013. In addition, Mr. Brill has tickets to travel to Hawaii to be able to take the examination.

5. Plaintiff's counsel is well aware of the scheduling issues this Court has as a result of being short-staffed, but under the circumstances is requesting a one week continuance of the Pretrial Conference so that Mr. Brill can attend the hearing without being required to cancel his plans to take the bar examination.

6. The continuance will not affect the trial date in this matter,

7. Defense counsel, Bruce D. Praet, of Ferguson, Praet & Sherman has stipulated to the change of hearing date, and agrees to the requested date of August 8, 2013, at a time convenient to the court's calendar.

8. Plaintiffs therefore request that this Court continue the Pretrial Conference date from August 1, 2013, to August 8, 2013, or such other time after August 5, 2013 that is convenient to the court's calendar.

DATED: June 12, 2013                LAW OFFICES OF YOUNG & NICHOLS

By _____
THOMAS A. BRILL, ESQ.
Attorneys for Plaintiffs

2
STIPULATION TO CONTINUE PRETRIAL CONFERENCE

IT IS SO STIPULATED.

DATED: June /2, 2013    FERGUSON, PRAET & SHERMAN

By _____
BRUCE D. PRAET, ESQ.
Attorneys for Defendants

IT IS SO ORDERED.

The Pretrial Conference will be rescheduled to __August 6__, at 8:30 a.m. in Courtroom 2 of this Court.

DATED: 6-18-13

_____
JUDGE OF THE U.S. DISTRICT COURT

3
STIPULATION TO CONTINUE PRETRIAL CONFERENCE