THOMAS A. BRILL, SBN 125356 YOUNG & NICHOLS
1901 Truxtun Ave.
Bakersfield, CA 93301-5010
(661) 861-7911 Phone
(661) 861-7932 Facsimile
tbrill@youngnichols.com

Attorneys for Plaintiffs

Bruce D. Praet, SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th
Street Santa Ana, California  92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
bpraet@aol.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TORRES and MELCHOR TORRES, individually and as Administrators of the Estate of EVERARDO TORRES, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OF MADERA, MARCY NORIEGA, individually and as a member of the Madera Police Department, et al.,<br><br>Defendants. | NO. CIV-F-02-6385AWI (LJO)<br><br>ORDER DISMISSING MATTER WITH PREJUDICE |

///

1

IT IS HEREBY ORDERED that this entire matter shall be dismissed with prejudice. Each party to bear their own costs and fees.

IT IS SO ORDERED.

Dated:   March 26, 2014

_____
SENIOR  DISTRICT  JUDGE